KATHRYN L. POWERS, Appellant, v. RAY M. POWERS, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST SMITH and Another, Doing Business under the Firm Name and Style of ERNEST SMITH & Co., Appellants, v. SENECA COPPER CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MULLER-FOX BROKERAGE Co., Respondent, v. ARTHUR E. WINTER and Another, Copartners Doing Business under the Firm Name and Style of WINTER, Ross & Co., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEO FINKENBERG v. BELL G. LEVINSON and Others.— Motion to dismiss appeal denied, without prejudice to renewal as stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CATHARINE M. LOBEL v. CHARLES LOBEL.— Motion to dismiss appeal granted, with ten dollars costs.— Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PHILIP LEWIS and Others v. HOME INSURANCE Co.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR GUARINO.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANGELINE M. V. AUFIERO v. TERMINAL AND TOWN TAXI CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LILLIAN M. LUCEY v. CALLAN BROTHERS, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JEFFREY MANUFACTURING Co. v. CLIFFORD S. PEETS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE FIRST NATIONAL BANK OF EDGEWATER, N. J., v. JACOB STOLZEN-BERG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN WANAMAKER, INC., v. THE CITY OF NEW YORK, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MOODY ENGINEERING Co., INC., v. CATALANA DE GAS Y ELECTRICIDAD, S. A.— Motion to dismiss appeal granted, with ten dollars costs. Present— Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.